INTERNATIONAL BROTHERHOOD OF TEAMSTERS *v.* MISSOURI PACIFIC RAILROAD COMPANY, THOMPSON, TRUSTEE.

4-9476                                                    238 S. W. 2d 950

Opinion delivered April 9, 1951.

Rehearing denied May 21, 1951.

*T. J. Gentry, Wm. P. Alexander* and *J. K. Sham-burger,* for appellant.

*Henry Donham, Thomas B. Pryor, Jr.,* and *Thomas Harper,* for appellee.

GEORGE ROSE SMITH, J. This case is in all material respects similar to *Mo. Pac. R. Co.* v. *United Brick & Clay Workers Union, Local No. 602,* also decided today, *ante,* p. 707, 238 S. W. 2d 945. Here the railroad company was successful in obtaining an injunction to prevent the appellants from maintaining a picket line upon a highway at a point where the railroad spur track crosses the highway just before entering the plant of the Ozark Hardwood

Company, whose employees are on strike. For the reasons given in the other opinion the decree is reversed and the cause dismissed.

Ed. F. McFadden, Justice (Dissenting). For the reasons more particularly stated in our dissent to the case of *Missouri Pacific Railroad Company* v. *United Brick & Clay Workers Union, Local No. 602, ante,* p. 707, 238 S. W. 2d 945, (opinion delivered April 9, 1951), Justice Holt and I dissent from the majority opinion in the case at bar.